### GRUNSPAN v. WALLING.

(Supreme Court, Appellate Division, First Department. February 11, 1910.)

PLEADING (§ 327*)—BILL OF PARTICULARS.
        Plaintiff cannot be compelled by a bill of particulars to elect on which promise she will rely.
        [Ed. Note.—For other cases, see Pleading, Cent. Dig. § 994; Dec. Dig. § 327.*]

Appeal from Special Term, New York County.

Action by Anna B. Grunspan against William E. Walling. From an order granting a motion for an amended bill of particulars, plaintiff appeals. Reversed, and motion denied.

Argued before INGRAHAM, P. J., and LAUGHLIN, CLARKE, SCOTT, and MILLER, JJ.

Arthur M. Wickwire, for appellant.
Emil E. Fuchs, for respondent.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes.

PER CURIAM.   The court could not compel the plaintiff by a bill of particulars to elect on which promise she should rely.

The order should, therefore, be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.

Argued before INGRAHAM, P. J., and LAUGHLIN, CLARKE, SCOTT, and MILLER, JJ.

